## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 27, 2010

Mr. David Maland  
Eastern District of Texas, Texarkana  
United States District Court  
500 N. State Line Avenue  
Room 301  
Texarkana, TX 75501-0000

FILED  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF TEXAS  
APR 30 2010  
DAVID J. MALAND, CLERK  
BY_____  
DEPUTY

    No. 08-70019,   Delma Banks v. Rick Thaler, Director  
        USDC No. 5:96-CV-353

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Charlene A. Vogelaar*  
                By:_____  
                Charlene A. Vogelaar, Deputy Clerk  
                504-310-7648

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

*U.S. COURT OF APPEALS RECEIVED APR 23 2010 NEW ORLEANS, LA.*

April 19, 2010

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

**U.S. COURT OF APPEALS**
**F I L E D**

APR 27 2010

**FIFTH CIRCUIT**
**LYLE W. CAYCE, CLERK**

Re: Delma Banks
v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division
No. 09-717
(Your No. 08-70019)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk